**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2019

**BY ECF**

The Honorable Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Rosario-Sarit*
>          19 Cr. 367 (DLC)

Dear Judge Cote:

The Government writes in advance of the plea conference in the above-referenced case, currently scheduled for December 19, 2019 at 2:30 p.m.  By this joint letter, the parties respectfully request that the Court adjourn the plea conference to December 30, 2019 at 10:00 a.m.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: _____
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

cc:    Avraham Moskowitz, Esq. (via ECF)