UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,  :  19CR0367-02 (DLC)

  -v-  :  ORDER

JUAN CARLOS ROSARIO-SARIT,  :

            Defendant.  :

------------------------------------------X

DENISE COTE, District Judge:

The Court has received the March 17, 2020 letter from counsel for the defendant requesting an adjournment of the April 3. 2020 sentencing date due to the COVID-19 outbreak. The Government has no objection to the request. Accordingly, it is hereby

ORDERED that the sentence date is rescheduled to **May 29** at **10 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that defense submissions shall be due **May 15**; Government's response shall be due **May 22**. Counsel shall provide a courtesy copy of their submissions to the Court.

Dated:    New York, New York
           March 17, 2020

                                              _____
                                                  DENISE COTE
                                        United States District Judge