```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      19CR0367-02 (DLC)
                                           :
              -v-                          :      ORDER
                                           :
JUAN CARLOS ROSARIO-SARIT,                 :
                                           :
                         Defendant.        :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2020

DENISE COTE, District Judge:

Having scheduled the defendant to be sentenced on May 29, 2020, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 26, 2020** at **10 a.m.**

Dated:  New York, New York
        April 15, 2020

_____
DENISE COTE
United States District Judge