```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    19CR0367-02 (DLC)
                                         :
         -v-                             :    ORDER
                                         :
JUAN CARLOS ROSARIO-SARIT,               :
                                         :
              Defendant.                 :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2020

DENISE COTE, District Judge:

The Court having rescheduled the May 29 sentencing date to June 26 in light of the COVID-19 outbreak, it is hereby

ORDERED that defendant's sentencing submission shall be due **June 12**; Government's submission shall be due **June 19**.

Dated:   New York, New York
         May 14, 2020

_____
DENISE COTE
United States District Judge