```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19CR0367-02 (DLC)
                                          :
           -v-                            :    ORDER
                                          :
JUAN CARLOS ROSARIO-SARIT,                :
                                          :
                  Defendant.              :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On May 29, 2020, the parties requested that the June 26 sentencing be rescheduled to September or October 2020 in light of the COVID-19 outbreak.  It is hereby

ORDERED that the sentencing is rescheduled for **September 11, 2020** at **11:00 am**.

IT IS FURTHER ORDERED that the defendant's sentencing submission shall be due **August 28;** the Government's submission shall be due **September 4**.

Dated:    New York, New York
          June 3, 2020

                              _____
                                    DENISE COTE
                              United States District Judge