```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :       19cr367 (DLC)
                                         :
 JUAN CARLOS ROSARIO-SARIT,              :          ORDER
                                         :
                      Defendant.         :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    The defendant having informed the Court that he prefers to be sentenced in person, it is hereby

    ORDERED that the sentencing shall occur as scheduled, in Courtroom 18B, 500 Pearl Street, on **September 11, 2020** at **11:00 A.M.** In light of the ongoing COVID-19 pandemic, it is hereby

    IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

        https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

    IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals

also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **September 3, 2020,** defense counsel must advise the Court of how many spectators will attend the sentencing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:    New York, New York
          August 19, 2020

                                    _____
                                              DENISE COTE
                                      United States District Judge