

# MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz  
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor  
New York, NY 10001  
Phone: (212) 221-7999  
Fax: (212) 398-8835

February 18, 2021

**VIA ECF**

Granted. SO ORDERED  
Dated: February 19, 2021

_/s/ Denise Cote_  
DENISE COTE  
United States District Judge

Hon. Denise L. Cote  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re:   United States v. Joelsy Abreu-Sarit, et al.  
           19 Cr. 367 (DLC))

Dear Judge Cote:

This letter is respectfully submitted at the request of the Probation Department and on behalf of Juan Carlos Rosario-Sarit, to request that the Court direct the Pretrial Services Office to return Mr. Rosario-Sarit's passport, so that he can travel to the Dominican Republic to be with his family which is mourning the tragic death of his five-month old nephew, who passed away on Saturday.

As Your Honor undoubtedly recalls, on September 11, 2020, Mr. Rosario-Sarit was sentenced to a period of three years of probation, following his plea of guilty to participating in a narcotics conspiracy. Since that time, Mr. Rosario-Sarit has been supervised by the United States Probation Department in the Eastern District of New York and has complied with all of the terms of his probation.

This past weekend, Mr. Rosario-Sarit learned of the tragic death of his nephew. After several attempts by Mr. Rosario-Sarit and counsel, we were able to reach his Probation Officer, Megan Wang, who indicated that she will approve his request to travel. Because Mr. Rosario-Sarit cannot make reservations without his passport, I cannot advise the Court of the precise dates of his travel, but those details will be worked out and approved by the Probation Department before Mr. Rosario-Sarit embarks on his trip.

Hon. Denise L. Cote
February 16, 2021
Page 2

      I have been in contact with AUSA Juliana Murray, who advised me that the Government has no objection to Mr. Rosario=Sarit's travel.

      Thank you in advance for your consideration of this request.

                         Respectfully submitted,

                         Avraham C. Moskowitz

cc:  AUSA Juliana Murray (by e-mail)