```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    19cr367-2 (DLC)
                                     :
        -v-                          :    ORDER
                                     :
JUAN CARLOS ROSARIO-SARIT,           :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing regarding the specifications of violation of probation scheduled for **December 5** is rescheduled to **10:00 AM** on the same date in Courtroom 18B.

Dated:   New York, New York
         November 20, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge