```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :      19cr367-2 (DLC)
                                    :
          -v-                       :           ORDER
                                    :
JUAN CARLOS ROSARIO-SARIT,          :
                                    :
               Defendant.           :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing regarding the specifications of violation of probation scheduled for December 5 is rescheduled to **December 18 at 2:30 PM** in Courtroom 18B.

Dated:   New York, New York
         December 4, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge